UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) 3:09-md-02100-DRH<br><br>MDL No. 2100 |

**This Document Relates To:**

| | |
|---|---|
| *Rosemary Casado, et al. v. Bayer Corporation, et al.* | No. 3:11-cv-20069-DRH |
| *Elise Elliott, et al. v. Bayer Corporation, et al.* | No. 3:12-cv-20036-DRH |
| *Stephanie Liebe, et al. v. Bayer Corporation, et al.* | No. 3:12-cv-20057-DRH |
| *Sarah Tobias v. Bayer Corporation, et al.* | No. 3:11-cv-20142-DRH |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on July 19, 2013, the above captioned cases are **DISMISSED** with prejudice. Each party shall bear their own costs.

NANCY J. ROSENSTENGEL,
CLERK OF COURT

BY:  /s/*Sara Jennings*
     **Deputy Clerk**

Dated: July 30, 2013

Digitally signed by
David R. Herndon
Date: 2013.07.30
10:06:46 -05'00'

APPROVED:
      CHIEF JUDGE
      U. S. DISTRICT COURT